NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GORDON J. KLINGENSCHMITT,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2015-5050

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00723-EDK, Judge Elaine Kaplan.

---

**JUDGMENT**

---

JOHN B. WELLS, Law Office of John B. Wells, Slidell, LA, argued for plaintiff-appellant.

MIKKI COTTET, International Trade Field Office, Commercial Litigation Branch, Civil Division, United States Department of Justice, New York, NY, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE; GRIFFIN FARRIS, Office of the Judge Advocate General, United States Navy, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 December 10, 2015 　　　　　 /s/ Daniel E. O'Toole
Date 　　　　　　　　　　　　 Daniel E. O'Toole
　　　　　　　　　　　　　　　 Clerk of Court